UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESPANOLA JACKSON; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>        Defendants - Appellees. | No. 12-17803<br><br>D.C. No. 3:09-cv-02143-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

The amicus brief submitted by International Law Enforcement Educators and Trainers Association, Law Enforcement Legal Defense Fund, Law Enforcement Action Network, CRPA Foundation, Law Enforcement Alliance of America, and California Sheriffs Allman, Bosenko, Christianson, D'Agostini, Downey, Growdon, Hagwood, Haney, Hencratt, L. Jones, S. Jones, Lopey, Mele, Mims, Poindexter, Ryan, Wilson, and Youngblood on July 3, 2014 is filed.

Within 7 days of this order, amici curiae are ordered to file 20 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk